# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI



*Mr. + Mrs Woodard* )
Plaintiff )
)
vs. )
) Case No. *25-cv-3265-MDH*
*Saint Charles County* )
Defendant )
)

## APPLICATION FOR LEAVE TO FILE ACTION
## WITHOUT PAYMENT OF FEES
## WITH AFFIDAVIT OF FINANCIAL STATUS IN SUPPORT

I state that I am unable to pay the fees to file an action against the defendant(s) in this case and that the actions of the defendant(s) have harmed me.

Attached is my Affidavit of Financial Status in support of my application to the court for leave to file a civil action without payment of costs.

*Michael Woodard 12-5-1923*
Plaintiff

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

_Mr. Mrs. Woodrul_
Plaintiff )
)
)
vs. )        Case No. _____
)
_Saint Charles County_ )
Defendant )

## AFFIDAVIT OF FINANCIAL STATUS

I, _Mr & Mrs Woodrul_, declare that I am the plaintiff in this

case, that because of my poverty I am unable to pay the costs of these proceedings, and that I

believe I am entitled to relief.

I further swear that the responses which I have made to the questions below and the

information I have given relating to my ability to pay the costs of commencing and prosecuting

this action are true.

## I.    MARITAL STATUS AND PERSONAL DATA

A.    Single:_____  Married: X  Separated:_____  Divorced:_____

B.    Name of Spouse: _Mary B. Woodrul_

C.    Age of plaintiff, petitioner or complainant: ~~28~~ _mr 51_

D.    Age of spouse: _38_

E.    Address of plaintiff, petitioner or complainant: _360 Schaefer Dr_
_Apt 404 Bronson, MO 65616_
Telephone: _870-688-9811_

F.    Address of spouse: _360 Schaefer Dr. Apt 404_
Telephone: _(417) 344-4662_

G.   State name or names of dependents who live with you, their age, address,
     relationship, and how much of their monthly support you provide:

     *N/A*

## II.   EMPLOYMENT

A.   Name of employer: *Unemployed*

     Address of employer:_____

     Employer's telephone:_____ Length of employment:_____

     Job title or description:_____

     Net Income:          Monthly $_____      Weekly $_____

     Gross Income:        Monthly $_____      Weekly $_____

     Does employer provide health insurance:   Yes_____   No_____

     If employer provides health insurance, describe coverage:_____

     _____

     _____

B.   Previous employment (Answer only if presently unemployed)
     Name of employer: *Stay at home dad*

     Address of employer:_____

     Employer's telephone:_____ Length of employment:_____

     Job title or description:_____

     Net Income:          Monthly $_____      Weekly $_____

     Gross Income:        Monthly $_____      Weekly $_____

C.    Employment of spouse:

Name of employer: *Taco Bell*

Address of employer: *Hollister MO*

Employer's telephone:_____ Length of employment: *2 weeks*

Job title or description: *Crew member*

Net Income:     Monthly $_____     Weekly $_____

Gross Income:    Monthly $_____     Weekly $_____

## III. FINANCIAL STATUS

(Answer questions on behalf of both the plaintiff, petitioner or complainant and spouse).

A.    Owner of real property?    Yes____    No ✗

If yes - Description:_____

Address:_____

In whose name?_____

Estimated value:_____

Total amount owed:_____

Owed to:_____

Annual income from property:_____

B.    Owner of automobile: Yes____    No ✗

If yes - Number of automobiles owned:_____

Make_____ Model_____ Year_____

Make_____ Model_____ Year_____

In whose name registered?_____

Present value:_____

Amount owed on the automobile(s):_____

Owed to:_____

Monthly payment(s):_____

C.   Cash on hand: (Include checking and savings accounts)

$_____

List names and addresses of banks and associations:

_____

**Please do not state account numbers**.

D.   Have you received within the past 12 months any money from any of the following sources:

|  | Yes | No |
|---|---|---|
| Rent payments, interest or dividends? | _____ | X |
| Pensions, trust funds, annuities or life Insurance payments? | _____ | X |
| Gifts or inheritances? | _____ | X |
| Welfare Payments? | _____ | X |
| ADC or other governmental child support? | _____ | X |
| Unemployment benefits? | _____ | X |
| Social Security Benefits | _____ | X |
| Other sources? | _____ | X |

E.   If the answer to any item in D above was "Yes", describe each source of money and state the amount received from each during the past 12 months:

_____

_____

_____

IV.        **OBLIGATIONS**

A.     Monthly rental on house or apartment: _745_____

B.     Monthly mortgage payments on house:_____

       Amount of equity in house:_____

C.     Monthly mortgage payments on other properties:  $ _____

       Amount of equity in other properties:  $_____

D.     Household expenses: _____

       Monthly grocery expense:_ _250 - 300_____

       Monthly utilities:

            Gas: ⁃_____

            Electric:_ _50_____

            Water: ⁃_____

            Other: (Specify) _____

E.     Other debts and miscellaneous monthly expenses:

| TO WHOM OWED AND FOR WHAT REASON INCURRED? | MONTHLY PAYMENTS | BALANCE DUE |
|---|---|---|
| Truck Payment | $600.00 | $26,000 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**V.**          **OTHER INFORMATION PERTINENT TO FINANCIAL STATUS**
(Include information regarding stocks, bonds, savings bonds, either individually or jointly owned).

_____

_____

_____

_____

I understand that a false statement or answer to any question in this affidavit will subject me to

penalties of perjury.

_Mary Woodard_  12-5-73

Signature of Plaintiff or Plaintiffs

## VERIFICATION

State of _MO_                                    )
                                                 )
County of _GREENE_                               )

      I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

_Mary Woodard 311-87_  12-5-1933

Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this _12th_ day of _September_ , 20 _25_

_Austin Collins_

Notary Public

_2 MAR 2029_

My Commission Expires

AUSTIN COLLINS
Notary Public - Notary Seal
Greene County - State of Missouri
Commission Number 25575385
My Commission Expires Mar 2, 2029